



FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0637

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0637

---

MARK UNRUH and
RUSSELL J. UNRUH,

      Plaintiff and Appellants,

    v.

GARY UNRUH,

      Defendant and Appellee.

**O R D E R**

FILED

DEC 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

Appellants Mark Unruh and Russell J. Unruh, via counsel, move to strike Appellee Gary Unruh's Motion for Order Requiring Appellant to Order Transcripts. Our review of the filings in this case reveal that Gary did not move this Court but rather filed notice of the Motion for Order Requiring Appellant to Order Transcripts from the Seventeenth Judicial District Court, Blaine County, Cause No. DV-19-35. Because Gary filed the motion in the District Court, there is no motion pending before this Court for disposition.

IT IS THEREFORE ORDERED that Appellants' motion to strike is DENIED.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 17 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2